# United States District Court
## Violation Notice

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| VA 5 | 9005985 | LOVER | 242 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense 7/13/2023    Offense Charged ☑CFR ☐USC ☐State Code

38 CFR 1.218 (b)(11)(c)

Place of Offense 100 Emancipation D, Hampton, VA
23667 Building 110 B

Offense Description: Factual Basis for Charge    HAZMAT ☐
Disorderly Conduct Creating
or maintaing a hazardous or
offensive condition

### DEFENDANT INFORMATION

Last Name
Anderson    Steven    M.

Street Address

Tag No.    State    Year    Make/Model    PASS    Color

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☑ If Box A is checked, you must appear in court. See instructions. | B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ _____ Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov** →    $ _____ **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address 2400 WEST AVE    Date 17 OCT 2023
NEWPORT NEWS VA 23607    Time 0800
Federal Courthouse

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9005985*

---

I state that on _____, 20____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

☐ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident